TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00704-CV

Mark J. Seltzer, Appellant

v.

Earl L. Pitkin, Dorene L. Pitkin, and David W. Tomek, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 96-13457, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 59(a)(1). 

 The appeal is dismissed.

Before Justices Powers, Aboussie and Kidd

Appeal Dismissed on Joint Motion

Filed: January 9, 1997

Do Not Publish